```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 01239
   DARIUS M ROBINSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-4928


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 01/24/2007 and was confirmed 04/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

     The case was dismissed after confirmation 09/20/2007.
-----------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
-----------------------------------------------------------------------------
HOMEQ SERVICING CORP      CURRENT MORTG          .00             .00             .00
HOMEQ SERVICING CORP      MORTGAGE ARRE     27709.10             .00         2256.24
WILSHIRE CREDIT CORPORAT  CURRENT MORTG          .00             .00             .00
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE      3967.88             .00          355.66
ARCHER HEIGHTS CREDIT UN  SECURED            2698.26           36.43          298.85
TOYOTA MOTOR CREDIT CORP  SECURED VEHIC     11975.02          274.42         1528.46
VILLAGE OF BELLWOOD       SECURED             364.00             .00           18.21
HOMEQ SERVICING           NOTICE ONLY      NOT FILED             .00             .00
DUTTON & DUTTON           NOTICE ONLY      NOT FILED             .00             .00
ALLSTATE INSURANCE COMPA  UNSECURED        NOT FILED             .00             .00
BANK OF AMERICA NA        NOTICE ONLY      NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         19436.19             .00             .00
CHARTER ONE BANK          UNSECURED        NOT FILED             .00             .00
CHARTER ONE BANK          NOTICE ONLY      NOT FILED             .00             .00
CITY OF CHICAGO PARKING   UNSECURED           280.00             .00             .00
CITY OF CHICAGO PARKING   NOTICE ONLY      NOT FILED             .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED             .00             .00
HEATHER NELSON            UNSECURED        NOT FILED             .00             .00
TRANSMITTAL SYSTEMS       NOTICE ONLY      NOT FILED             .00             .00
MEMORIAL PARK DISTRICT P  UNSECURED        NOT FILED             .00             .00
NICOR GAS                 UNSECURED          2235.25             .00             .00
NICOR GAS                 NOTICE ONLY      NOT FILED             .00             .00
PCC COMMUNITY WELLNESS    UNSECURED        NOT FILED             .00             .00
PCC COMMUNITY WELLNESS    NOTICE ONLY      NOT FILED             .00             .00
QUEST DIAGNOSTICS INC     UNSECURED        NOT FILED             .00             .00
QUEST DIAGNOSTICS         NOTICE ONLY      NOT FILED             .00             .00
RUSH UNIVERSITY MED CENT  UNSECURED        NOT FILED             .00             .00
RUSH PRESBYTERIAN ST LUK  UNSECURED        NOT FILED             .00             .00
RUSH UNIVERSITY MEDICAL   NOTICE ONLY      NOT FILED             .00             .00
RUSH UNIVERSITY           UNSECURED        NOT FILED             .00             .00
SPRINT-NEXTEL CORP        UNSECURED           612.18             .00             .00
SPRINT PCS                NOTICE ONLY      NOT FILED             .00             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01239 DARIUS M ROBINSON
```

```
STATE OF ILLINOIS CRIMIN UNSECURED       NOT FILED               .00              .00
NATIONWIDE CREDIT & COLL NOTICE ONLY     NOT FILED               .00              .00
HOMEQ SERVICING          NOTICE ONLY     NOT FILED               .00              .00
ILLINOIS DEPT OF REV     PRIORITY         6652.72                .00              .00
ILLINOIS DEPT OF REV     UNSECURED         952.26                .00              .00
DENNIS G KNIPP           DEBTOR ATTY     2,500.00                            1,122.34
TOM VAUGHN               TRUSTEE                                               389.39
DEBTOR REFUND            REFUND                                                    .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                   6,280.00

PRIORITY                                             .00
SECURED                                         4,457.42
    INTEREST                                      310.85
UNSECURED                                            .00
ADMINISTRATIVE                                  1,122.34
TRUSTEE COMPENSATION                              389.39
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                    6,280.00              6,280.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 12/27/07                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE